IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRYSTAL HAZEN-ALLISON,

Plaintiff,

v.

CHARTER COMMUNICATION,

Defendant.

Case No. 18-cv-2132 JPG/MAB

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: September 17, 2019**     **MARGARET M. ROBERTIE, Clerk of Court**

           *s/ Tina Gray*
             **Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**